# COURTROOM MINUTES
# CIVIL

DATE: 3/3/2021   DAY: Wednesday   START TIME: 10:32 AM   END TIME: 11:06 AM

JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: J. Dobbratz

CASE NO.: 19-cv-878-wmc   CASE NAME: Angela Lochner v. State of Wisconsin DATCP

**APPEARANCES:**

PLAINTIFF(S): Caitlin Madden
Nicholas Fairweather

DEFENDANT(S): Anne Bensky
Rachel Bachhuber

**PROCEEDING:**

☐ CONFIRMATION OF SALE
☐ CONTEMPT OF COURT
☐ MOTION FOR DEFAULT JUDGMENT
☐ ORDER TO SHOW CAUSE
☒ OTHER: Final Pretrial Conference

Final Pretrial Conference held by Zoom video conference

FPTC continued to Friday, March 5 at 12:00 pm; parties to alert the court if hearing is unnecessary

Trial days to run from 8:30 am to 5:00 pm

TOTAL COURT TIME: 34 min.