# Angela Lochner v. DATCP

DATCP's Opening Statement

## Historical framework

- Pre-Act 10, salaries on steps by seniority
- State employee salary depression and state-wide efforts to remedy stagnant salaries state-wide
- Problems recruiting and retaining experienced talent in WMPSS
- Solution: broadbanding

# Summary of evidence

- Broadbanding, February 7, 2016
- New hires into WMPSS had previous, relevant experience
- Plans to address inequities based on seniority
- State Compensation Plan – limited tools to raise existing salaries
- DATCP's 2018 DERA request for Lochner rejected by Dept. of Administration because she would leapfrog 13 more senior people
- DATCP's 2019 DERA decision based on seniority
- Discretionary Market Dollar adjustment
- Lochner's salary jumped over $4.00 in three years; made possible because of inequities caused by broadbanding

# Witnesses will testify: Broadbanding caused Lochner's salary to be lower than new hires into WMPSS

- Post Act 10, Broadbanding was primary tool to raise in-coming salaries across State Government
- Address recruitment problems in WMPSS
- The tool only allows for higher salaries upon hire; does not raise salaries for more senior employees
- Before broadbanding, all incoming employees started at the minimum
- Problem across state government: salaries of incoming employees leapfrog salaries of more senior employees

# Experienced recruits

State service                     hazardous materials
petroleum industry                regulatory enforcement
weights and measures              retail sales auto parts
military                          mechanical engineering
Computer/IT skills                Storage tank maintenance



Decision to advertise WMPSS starting salary at $21 – 26

Advertised starting rate at $23.00/hour

# Post-broadbanding hiring justifications

Dkt. 32-1 ¶¶ 106-110, 112-132

| | |
|---|---|
| Shawn Suri<br>• Certified tank specialist<br>• 7 years fuel specialist | Benjamin Clark<br>• 5 years state service<br>• 2 years meat safety inspector |
| Ed Sindelar<br>• Engineer<br>• Previous state service; $5.50 pay cut | Anthony Hoffmann<br>• 5 years exp. weights and measures |
| Michael Dailey<br>• 3 years exp regulatory enforcement<br>• 1 year WMPSS LTE<br>• 15 weights and measures trainings | Jacob Schafer<br>• WMPSS LTE – highly regarded employee<br>• Negotiated salary |
| Chad Brockman<br>• 5 years relevant weights and measures exp<br>• Some chemical engineering | Daniel Lindert<br>• 25 years aircraft maintenance<br>• Exp. storage tanks and scales |
| Richard McCann<br>• 17+ years state service<br>• 7 years weights and measures<br>• 10 years metrology | Travis Soper<br>• Experience with scales, calibration, weights and measures devices |
| Joel Burdick<br>• Science and fire safety background<br>• 21 months meat safety inspector | Nicholas Eberle<br>• WMPSS LTE 2+ years, $20-$21 per hour<br>• Negotiated salary |
| Jason Karczewski<br>• 20 years, managing pricing, sales, inventory, and point of sales computer systems; computer science | Joseph Uminski<br>• 16 years law enforcement<br>• 3rd candidate |
| Lance Smithey<br>• 4 years petroleum industry<br>• hazardous material training | Darren Leone<br>• Exp. Manufacturing, scales calibration, computers |

# Applicants

- Starting salaries for recruits were balanced against other starting salaries, not salaries of more senior employees
- Very few female applicants to WMPSS
- Never passed over a more experienced woman to hire a man
- At DATCP and Nationwide: historically male-dominated profession

# WMPSS SENIOR EMPLOYEES EARNING LESS THAN NEW HIRES

Exh. 1044

| Name | Seniority Date | Salary as of Feb 2018 |
|---|---|---|
| Hailer | 1999 | 24.41 |
| Zorn | 2000 | 24.41 |
| Malek | 2001 | 24.41 |
| Daniel | 2005 | 23.65 |
| Schreiber | 2008 | 23.18 |
| McCarthy | 2011 | 22.99 |
| Tropen | 2011 | 22.99 |
| Dequaine | 2013 | 22.73 |
| Lochner | 2014 | 23.40 |
| Stoddard | 2015 | 23.31 |

Evidence shows:

**Equal effect on men and women in WMPSS**

- Sindelar 27.75
- Brockman 24.75
- Karczewski 24.75

Dailey 23.75
Burdick 24.75
Suri 24.75

# State Compensation Plan – limited tools to raise existing salaries

WMPSS had 3 opportunities to raise salaries for more senior employees

- DATCP's 2018 DERA request for Lochner rejected by Dept. of Administration because she would leapfrog 13 more senior people
- DATCP's 2019 DERA decision based on seniority
- Discretionary Market Dollar adjustment

All other salary raises were across-the-board, required under the Comp Plan

# 2018 Discretionary Equity Retention Award

- DATCP pushed for a base building DERA for Lochner
- DOA denied because giving Lochner a DERA would create greater inequities in the classification
- Looked at total years of state service and not years in the classification

26 DERAs available

# Lochner's salary higher than more senior men

All employees listed were earning less than at least one of the new WMPSS post-broadbanding employees

Petzold (entry), 2003 seniority date, $ 21

Dkt 32-1 ¶ 133

| Name | Seniority year | Hourly wage on 2-18-18 |
|---|---|---|
| Steven Hailer | 1999 | $24.41 |
| James Zorn | 2000 | $24.41 |
| Joseph Malek | 2002 | $24.41 |
| Jacques Daniel | 2005 | $23.65 |
| Joe Schreiber | 2008 | $23.18 |
| Kevin Mccarthy | 2011 | $22.99 |
| Nathan Torpen | 2011 | $22.99 |
| Mark Dequaine | 2013 | $22.73 |
| Angela Lochner | 2014 | $23.40 |
| Kent Stoddard | 2015 | $23.31 |

# Several WMPSS Senior employees upset about wage inequities

- Kevin McCarthy
- Kent Stoddard
- Joe Schreiber

Shelly Miller testimony



# 2019 DERA

- Limited Number: 27, 5%
- All employees had more years of state service
- Lochner's salary April 2019: 24.35
- Lochner received a $2,000 DMC
- Dkt 32-1 ¶ 178
- Exh 1048 p 151

| Name | Seniority Date | Hourly wage | DERA amount | End wage |
|---|---|---|---|---|
| Daniel, Jacques | 10/31/2005 | 24.62 | 2.40 | 27.02 |
| McCarthy, Kevin | 1/3/2011 | 23.92 | 2.40 | 26.32 |
| Malek, Joseph | 7/9/2001 | 25.40 | 2.40 | 27.80 |
| Petzold, Jonathan | 10/13/2003 | 27.08 | 0.72 | 27.80 |
| Saladino, Joseph | 12/8/2008 | 24.13 | 2.40 | 26.53 |
| Santroch, Wayne | 8/30/1993 | 27.76 | 0.65 | 28.41 |
| Torpen, Nathan | 5/9/2011 | 23.92 | 2.40 | 26.32 |
| Schreiber, Joe | 8/1/2008 | 24.13 | 2.40 | 26.53 |

# Discretionary Market Dollars

- Money generated through a change in the State Compensation Plan
- Process began in 2018; formal request made in April 2019
- Requested $1.30/person; received $.70 per person
- Not enough money to go around – limited by Wisconsin Legislature's Joint Finance Committee
- WMPSS received 2 market adjustments 2018/2019 - unusual
- Everyone under 10 years – to at least 26.41
- Everyone between 10 – 20 years to at least $28.49

# Discretionary Market Dollars

# Exhibit 1044

| | | |
|---|---|---|
| Hailer* | 12-6-99 | $28.50 |
| Zorn[4] ** | 11-27-00 | Retired |
| Malek * | 7-9-01 | $28.49 |
| Petzold** | 10-13-03 | $28.49 |
| Daniel * | 10-31-05 | $28.49 |
| Sander* | 12-11-06 | $28.49 |
| Schreiber* | 8-18-08 | $28.49 |
| Kohlman* | 3-2-09 | - |
| Mccarthy* | 1-3-11 | $26.41 |
| Torpen* | 5-9-11 | $26.41 |
| Dequaine | 11-18-13 | $26.41 |
| Clark | 12-22-13 | - |
| Lochner | 1-13-14 | $26.41 |
| Sindelar** | 9-22-14 | - |

# Veteran employees trained new hires

| Name | Seniority Date | Salary as of Feb 2018 |
|---|---|---|
| Jacques Daniel | 2005 | 23.65 |
| Joe Schreiber | 2008 | 23.18 |
| Kevin McCarthy | 2011 | 22.99 |
| Nathan Tropen | 2011 | 22.99 |
| Mark Dequaine | 2013 | 22.73 |
| Angela Lochner | 2014 | 23.40 |

- Suri: 24.75
- Dailey: 23.75
- Brockman 24.75

Karczewski 24.75
Sindelar: 27.75
Burdick: 24.75

Testimony of Shelly Miller/ Exhibit 1044

# Lochner similarly situated with Dequaine and Stoddard

- Lochner earned more than man hired before her and man hired after her
- All 3 employees received increases at the same time
- All ended with equitable salaries

| Name | Starting Salary in WMPSS | Senior Re-class pay | Feb 2018 across the board increase | June 2018 2% GWA | Jan. 2019 2% GWA | Dec 2019 market adjustment |
|---|---|---|---|---|---|---|
| Dequaine Seniority 11/2013 WMPSS 11/2013 | 20.04 | 21.973 | 22.73 | 23.19 | 23.66 | 26.41 |
| Lochner Seniority 01/2014 WMPSS 11/2015 | 20.34 | 22.65 | 23.40 | 23.87 | 24.35 | 26.41 |
| Stoddard Seniority 09/2015 WMPSS 09/2015 | 20.25 | 22.56 | 23.31 | 23.78 | 24.26 | 26.41 |



# Broadbanding necessary; allowed state to recruit talent and increase salaries of existing employees

**The evidence will show that the only way Angela Lochner could have received a higher salary than the employees hired post-broadbanding would be to have**

- never implemented broadbanding, or
- never tried to use higher starting wages to remedy DATCP's recruitment and retention problems

**Evidence will show broadbanding allowed DATCP to raise salaries of existing employees**

- Internal inequity gets priority for resolution in the comp plan

