# Lochner v. DATCP



No. 19-CV-878-WMC



workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, and who in such workweek is brought within the purview of this section by the amendments made to this chapter by the Fair Labor Standards Amendments of 1966, title IX of the Education Amendments of 1972 [20 U.S.C. 1681 et seq.], or the Fair Labor Standards Amendments of 1974, wages at the following rate: Effective after December 31, 1977, not less than the minimum wage rate in effect under subsection (a)(1) of this section.

(e) Repealed. Pub. L. 104–188, [title II], §2104(c), Aug. 20, 1996, 110 Stat. 1929

**(d) Prohibition of sex discrimination**

(1) No employer having employees subject to any provisions of this section shall discriminate, within any establishment in which such employees are employed, between employees on the basis of sex by paying wages to employees in such establishment at a rate less than the rate at which he pays wages to employees of the opposite sex in such establishment for equal work on jobs the performance of which requires equal skill, effort, and responsibility, and which are performed under similar working conditions, except where such payment is made pursuant to (i) a seniority system; (ii) a merit system; (iii) a system which measures earnings by quantity or quality of production; or (iv) a differential based on any other factor other than sex: *Provided,* That an employer who is paying a wage rate differential in violation of this subsection shall not, in order to comply with the provisions of this subsection, reduce the wage rate of any employee.

(2) No labor organization, or its agents, representing employees of an employer having employees subject to any provisions of this section shall cause or attempt to cause such an employer to discriminate against an employee in violation of paragraph (1) of this subsection.

(3) For purposes of administration and enforcement, any amounts owing to any employee which have been withheld in violation of this subsection shall be deemed to be unpaid minimum wages or unpaid overtime compensation under this chapter.

(4) As used in this subsection, the term "labor organization" means any organization of any kind, or any agency or employee representation

rates not less than the rates provided for in subsection (b) of this section.

(2) Notwithstanding the provisions of section 213 of this title (except subsections (a)(1) and (f) thereof) and the provisions of chapter 67 of title 41, every employer in an establishment providing linen supply service to the United States under a contract with the United States or any subcontract thereunder shall pay to each of his employees in such establishment wages at rates not less than those prescribed in subsection (b) of this section, except that if more than 50 per centum of the gross annual dollar volume of sales made or business done by such establishment is derived from providing such linen supply services under any such contracts or subcontracts, such employer shall pay to each of his employees in such establishment wages at rates not less than those prescribed in subsection (a)(1) of this section.

**(f) Employees in domestic service**

Any employee—

(1) who in any workweek is employed in domestic service in a household shall be paid wages at a rate not less than the wage rate in effect under subsection (b) of this section in the case such employee's compensation for such service would not because of section 209(a)(6) of the Social Security Act [42 U.S.C. 409(a)(6)] constitute wages for the purposes of title II of such Act [42 U.S.C. 401 et seq.], or

(2) who in any workweek—

(A) is employed in domestic service in one or more households, and

(B) is so employed for more than 8 hours in the aggregate,

shall be paid wages for such employment in such workweek at a rate not less than the wage rate in effect under subsection (b) of this section.

**(g) Newly hired employees who are less than 20 years old**

(1) In lieu of the rate prescribed by subsection (a)(1) of this section, any employer may pay any employee of such employer, during the first 90 consecutive calendar days after such employee is initially employed by such employer, a wage which is not less than $4.25 an hour.

(2) No employer may take any action to displace employees (including partial displacements such as reduction in hours, wages, or employment benefits) for purposes of hiring individuals at the wage authorized in paragraph (1).

## The Equal Pay Act
## 29 USC § 206(d) Prohibition of sex discrimination

**(1) No employer shall discriminate between employees on the basis of sex by paying wages to employees at a rate less than the rate at which he pays wages to employees of the opposite sex for equal work, except where such payment is made pursuant to:**

**(iv) a differential based on any other factor other than sex: *Provided*, That an employer who is paying a wage rate differential in violation of this subsection shall not, in order to comply with the provisions of this subsection, reduce the wage rate of any employee.**



### The pay differential - causation

- DATCP's business decision to move the weights and measures classification to a broadband pay schedule and start paying the new hires for the experience they brought to DATCP;

- The strictures of the Comp plan limited DATCP's ability to raise the salaries of the weights and measures inspectors hired before broad-banding

- With a limited number of equity DERA, DATCP started with the most senior inspectors with the greatest inequities and worked its way down;

- The 2019-21 Comp plan finally allowed DATCP to give Ms. Lochner a $2.06 discretionary raise bringing her salary to the same level as other inspectors hired before broad-banding who, like Ms. Lochner, had under 10 years of State service;

- The DERA program was suspended in FY 2020, so only general wage adjustments—across the board—were available compensation tools.



## The pay differential - causation

- **DATCP's business decision to move the weights and measures classification to a broadband pay schedule and start paying the new hires for the experience they brought to DATCP;**



- **Pay inequities resulted because DATCP made a business decision to move the class to a broad band pay schedule to attract talented candidates;**
- **DATCP announced salary ranges for new recruitments that were higher than the salaries of current employees**



**Lochner's 11 comparators:**
- **Suri**
- **Dailey**
- **Brockman**
- **Burdick**
- **Karczewski**
- **Smithey**
- **Hoffman**
- **Schaefer**
- **Lindert**
- **Eberle**
- **Uminski**

**Post-broadbanding hiring justifications**

Dkt. 32-1 ¶¶ 106-110, 112-132

| | |
|---|---|
| Shawn Suri<br>• Certified tank specialist<br>• 7 years fuel specialist | Anthony Hoffmann<br>• 5 years exp. weights and measures |
| Michael Dailey<br>• 3 years exp regulatory enforcement fieldwork<br>• 1 year WMPSS LTE<br>• 15 weights and measures trainings | Jacob Schaefer<br>• WMPSS LTE – highly regarded employee<br>• Negotiated salary |
| Chad Brockman<br>• 5 years relevant weights and measures exp<br>• Some chemical engineering | Daniel Lindert<br>• 25 years aircraft maintenance<br>• Experience with storage tanks and scales |
| Joel Burdick<br>• Science and fire safety background<br>• 21 months meat safety inspector | Nicholas Eberle<br>• WMPSS LTE 2+ years, $20-$21 per hour<br>• Negotiated salary |
| Jason Karczewski<br>• 20 years, managing pricing, sales, inventory, and point of sales computer systems; computer science | Joseph Uminski<br>• 16 years law enforcement<br>• 3rd candidate |
| Lance Smithey<br>• Over 4 years petroleum industry, meter testing and calibration, tank system testing, etc.<br>• hazardous material training | |



### The pay differential - causation

- **DATCP's business decision to move the weights and measures classification to a broadband pay schedule and start paying the new hires for the experience they brought to DATCP;**

- **The strictures of the Comp plan limited DATCP's ability to raise the salaries of the weights and measures inspectors hired before broad-banding**

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Seniority | WMPSS Entry or equivalent start date | WMPSS Entry start pay | WMPSS Senior or equivalent start date | WMPSS Senior start pay | 2-18-18 across the board market increase | DERA/DMC 2018 | 6-24-18 2% GW | 1-6-19 2% | DERA/DMC 2019 | 12-22-19 discretionary generated market adjustment dollars | 1-5-20 2% GWA |
| Stobb**[1] | 3-10-89 | 5-25-97 | $12.683 | 6-15-14 | $26.282 | $27.30 | - | $27.85 | $28.41 | $30.21 retention DERA; $1500 DMC | | $30.82 |
| Santroch* | 8-30-93 | 8-30-93 | $12.005 | 11-03-02 | $17.446 | $26.67 | - | $27.21 | $27.76 | $28.41 equity DERA; $1500 DMC | $30.00 | $30.60 |
| Mccann**[2] | 10-25-99 | 4-16-17[3] | $26.50 | 3-3-19 | $29.96 | $27.25 | - | $27.80 | $28.36 | - | | $30.56 |
| Hailer* | 12-6-99 | 12-6-99 | $13.988 | 11-3-02 | $15.592 | $24.41 | $26.50 equity DERA; $2000 DMC | $27.03 | $27.58 | | $28.50 | $29.07 |
| Zorn[4]** | 11-27-00 | 11-27-00 | $13.988 | 11-3-02 | $15.592 | $24.41 | $2000 DMC | $24.90 | $25.40 | - | Retired | Retired |
| Malek* | 7-9-01 | 11-3-02 | $15.592 | 11-3-02 | $15.592 | $24.41 | | $24.90 | $25.40 | $27.80 equity DERA; $1500 DMC | $28.49 | $29.06 |
| Petzold** | 10-13-03 | 10-18-15 | $20.25 | 7-8-18 | $26.54 | - | $24.48 equity DERA | $24.97 | $27.08 | $27.80 equity DERA | $28.49 | $29.06 |
| Daniel * | 10-31-05 | 10-31-05 | $15.16 | 6-15-14 | $22.668 | $23.65 | | $24.13 | $24.62 | $27.02 equity DERA | $28.49 | $29.06 |
| Sander* | 12-11-06 | 12-11-06 | $15.781 | 6-15-14 | $22.544 | $27.25[3] | $2000 | $27.80 | $28.36 | $1500 DMC | $28.49 | $29.06 |
| Schreiber* | 8-18-08 | 8-18-08 | $19.451 | 8-3-09 | $21.491 | $23.18 | | $23.65 | $24.13 | $26.53 equity DERA | $28.49 | $29.06 |
| Kohlman* | 3-2-09 | 6-17-12 | $21.23 | 6-15-14 | $26.327 | *[6] | | $27.90 | $28.46 | - | - | $29.03 |
| Mccarthy* | 1-3-11 | 1-3-11 | $16.958 | 6-15-14 | $22.013 | $22.99 | $2000 DMC | $23.45 | $23.92 | $26.32 equity DERA; $2000 DMC | $26.41 | $26.94 |
| Torpen* | 5-9-11 | 5-9-11 | $19.841 | 6-17-12 | $21.491 | $22.99 | | $23.45 | $23.92 | $26.32 equity DERA | $26.41 | $26.94 |
| Dequaine | 11-18-13 | 11-18-13 | $20.04 | 6-14-15 | $21.973 | $22.73 | $1000 DMC | $23.19 | $23.66 | | $26.41 | $26.94 |
| Clark | 12-22-13 | 7-22-18 | $24.75 | - | - | - | | - | $25.25 | - | - | $25.76 |
| Lochner | 1-13-14 | 11-1-15 | $20.34 | 5-14-17 | $22.65 | $23.40 | Denied | $23.87 | $24.35 | $2000 DMC | $26.41 | $26.94 |
| Sindelar** | 9-22-14 | 10-2-16 | $27.00[7] | 1-6-19 | $29.88[8] | $24.75 | - | $28.31 | $30.48 | - | - | $31.09 |
| Burdick** | 8-10-15 | 6-25-17 | $24.00[9] | 11-25-18 | $26.82[10] | $24.75 | | $25.25 | $27.36 | - | - | $27.91 |
| Stoddard | 9-8-15 | 9-8-15 | $20.25 | 7-9-17 | $22.56 | $23.31 | $1000 | $23.78 | $24.26 | - | $26.41 | $26.94 |
| Suri** | 4-4-16 | 4-4-16 | $24.00 | 4-29-18 | $26.29[11] | $24.75 | | $26.82 | $27.36 | - | - | $27.91 |
| Dailey** | 1-9-17 | 1-9-17 | $23.00 | 7-9-18 | $25.80 | $23.75 | | $24.23 | $26.32 | $2500 DMC[12] | $26.40 | $26.93 |
| Brockman** | 3-20-17 | 3-20-17 | $24.00 | 10-14-18 | $26.82 | $24.75 | | $25.25 | $27.35 | - | - | $27.91 |
| Karczewski** | 7-24-17 | 7-24-17 | $24.00 | 12-23-18 | $26.82 | $24.75 | | $25.25 | $27.35 | - | - | $27.91 |
| Smithey** | 4-30-18 | 4-30-18 | $25.00 | 8-4-19 | $27.61 | - | | $25.50 | $26.01 | - | - | $28.17 |
| Hoffmann | 8-6-18 | 8-6-18 | $26.00 | - | - | - | | - | $26.52 | - | - | $27.06 |
| Schaefer | 8-20-18 | 8-20-18 | $25.00 | - | - | - | | - | $25.50 | - | - | $26.01 |
| Lindert | 9-4-18 | 9-4-18 | $24.25 | - | - | - | | - | $24.74 | - | - | $25.24 |
| Soper | 1-22-19 | 1-22-19 | $24.25 | - | - | - | | - | - | - | - | $24.74 |
| Eberle | 4-15-19 | 4-15-19 | $25.00 | 12-8-19 | $26.60 | - | | - | - | - | - | $27.14 |
| Uminski | 8-19-19 | 8-19-19 | $25.25 | - | - | - | | - | - | - | - | $25.76 |
| Leone | 9-3-19 | 9-3-19 | $25.00 | - | - | - | - | - | - | - | - | $25.50 |



### The pay differential - causation

- **DATCP's business decision to move the weights and measures classification to a broadband pay schedule and start paying the new hires for the experience they brought to DATCP;**

- **The strictures of the Comp plan limited DATCP's ability to raise the salaries of the weights and measures inspectors hired before broad-banding**

- **With a limited number of equity DERA, DATCP started with the most senior inspectors with the greatest inequities and worked its way down;**

# Exhibit 1051 – DATCP Fiscal Year 2018 DMC/DERA Plan

DATCP – DMC/DERA Plan
Page 2

**DERA Strategy**

DATCP is permitted 17 equity DERA awards, all of which will be used by the agency. DATCP's method for determining equity recipients is as follows:

- DATCP Human Resources staff will provide wage and state service information to Division Administrators and the Secretary's Office for use in identifying positions or areas of greatest need (e.g., inequity, compression between supervisors and employees, etc.).

- Each Division Administrator will be asked to review the recommendations received and identify whether or not s/he endorses or rejects the recommendation for a DERA for each person within the division based on the employee's work performance and responsibilities.

- Final division recommendations will be reviewed by the Deputy Secretary; once award recipients are finalized by the Secretary's Office, the Bureau of Human Resources will coordinate submission to DOA-DPM.

(h)   Equity DERA will only be approved if the employee's salary has been determined to be lower than that of other state employees performing the same

I-14

**Exhibit 1048 p. 150**

Section I – 6.00

or similar duties at the same level of proficiency and who have comparable years of state service or if there is significant pay compression between the employee and the subordinates supervised.  Limitations to these criteria will include:

1.   External labor market factors will not be used.

2.   Salary averages will not be used for comparison purposes.

3.   Salary targets will not be used.

4.   The comparison group for determining equity will be all employees in the same classification, either in the entire agency or statewide, unless otherwise approved by DPM in advance of submission to DPM.  With advance approval by DPM, an official subtitle or a working title within a classification may also be used as the comparison group.

5.   "Peer groups" based on agency-determined segments of state years of service or pay groupings within a classification will not be used for comparison purposes.

6.   The equity adjustment will not create a larger equity issue than the one being resolved.

7.   In determining compression, the supervisor must be able to perform the functions of, or provide technical expertise to, the employee(s) used to make the compression comparison.

(i)   Retention DERA will only be approved if the employee has a job offer in hand and the resultant loss of the employee's knowledge and experience would be a detriment to the agency.

(j)   Retention DERA will not be approved for potential movements within an agency or to another executive branch, non-UW agency.

Equity and Retention DERA

Lochner

Exhibit 1004 p.002

Hailer

Exhibit 1058 p. 001

Petzold

Exhibit 1055 p. 001

**Exhibit 1056 – Jonathan Petzold would leapfrog 0 employees and correct against all other employees in his classification.**

Greg 6 steps                    ok

| ID | Last | First Name | Unit | Job Code | Descr | Position | Comp Rate | Company Dt |
|---|---|---|---|---|---|---|---|---|
| 100034671 | Lyngen | Janet | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 012347 | 25.21 | 2/22/1993 |
| 100032270 | Mccann | Richard | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 317851 | 27.25 | 10/25/1999 |
| 100040888 | Petzold | Jonathan | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 317551 *24.48* 21.00 | | 10/13/2003 |
| 100099585 | Loreck | Gregory | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 317856 | 26.25 | 2/20/2014 |
| 100068541 | Sindelar | Edward | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 001875 | 27.75 | 9/22/2014 |
| 100074175 | Burdick | Joel | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 035172 | 24.75 | 8/10/2015 |
| 100072042 | Dailey | Michael | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 016495 | 23.75 | 1/9/2017 |
| 100100056 | Nelson | Stefanie | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 000852 | 23.75 | 6/12/2017 |
| 100100988 | Karczewski | Jason | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 020354 | 24.75 | 7/24/2017 |
| 100107068 | Smithey | Lance | 11500 | 73901 | WTS MEASURES PETRO SPEC-ENTRY | 317730 | 25.00 | 4/30/2018 |

## Exhibit 1056 – Steven Hailer would leapfrog 0 employees and correct against 4 employees.

| ID | Last | First Name | Unit | Job Code | Descr | | Comp Rate | Company Dt |
|---|---|---|---|---|---|---|---|---|
| 100018048 | Kaelin | George | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 29.23 | 9/26/1979 |
| 100038479 | Stobb | Robert | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 27.30 | 3/10/1989 |
| 100010994 | Santroch | Wayne Allen | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 26.67 | 8/30/1993 |
| 100040955 | Hailer | Steven | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 26.50 | 24.41 | 12/6/1999 |
| 100033911 | Zorn | James | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 24.41 | 11/27/2000 |
| 100007939 | Malek | Joseph | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 24.41 | 7/9/2001 |
| 100044340 | Williams | Jared | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 24.13 | 11/1/2004 |
| 100020683 | Dagenhardt | James | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 23.94 | 5/2/2005 |
| 100049366 | Daniel | Jacques | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 23.65 | 10/31/2005 |
| 100048039 | Sander | David | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 27.25 | 12/11/2006 |
| 100027403 | Schreiber | Joe | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 23.18 | 8/18/2008 |
| 100005068 | Saladino | Joseph | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 23.18 | 12/8/2008 |
| 100034950 | Kohlman | Joel | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 27.35 | 3/2/2009 |
| 100045210 | Mccarthy | Kevin | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 22.99 | 1/3/2011 |
| 100016388 | Torpen | Nathan | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 22.99 | 5/9/2011 |
| 100063141 | Dequaine | Mark | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 22.73 | 11/18/2013 |
| 100063437 | O'Brien | Erin | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 22.73 | 1/2/2014 |
| 100063544 | Lochner | Angela | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 23.40 | 1/13/2014 |
| 100070299 | Stoddard | Kent | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 23.31 | 9/8/2015 |
| 100089818 | Suri | Shawn | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 26.29 | 4/4/2016 |
| 100097874 | Brockman | Chad | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | | 24.75 | 3/20/2017 |

# Exhibit 1056 – Lochner would leapfrog 13 more senior employees and only correct against 2 employees.

| ID | Last | First Name | Unit | Job Code | Descr | Position | Comp Rate | Company Dt |
|---|---|---|---|---|---|---|---|---|
| 100018048 | Kaelin | George | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 003760 | 29.23 | 9/26/1979 |
| 100038479 | Stobb | Robert | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 317556 | 27.30 | 3/10/1989 |
| 100027989 | Weber | Darrel | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 317730S | 27.23 | 1/16/1990 |
| 100010994 | Santroch | Wayne Allen | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 014176 | 26.67 | 8/30/1993 |
| 100040955 | Hailer | Steven | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 017665 | 24.41 | 12/6/1999 |
| 100033911 | Zorn | James | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 322813 | 24.41 | 11/27/2000 |
| 100007939 | Malek | Joseph | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 019671 | 24.41 | 7/9/2001 |
| 100044340 | Williams | Jared | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 317554 | 24.13 | 11/1/2004 |
| 100020683 | Dagenhardt | James | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 303302 | 23.94 | 5/2/2005 |
| 100049366 | Daniel | Jacques | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 023919 | 23.65 | 10/31/2005 |
| 100048039 | Sander | David | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 013784 | 27.25 | 12/11/2006 |
| 100027403 | Schreiber | Joe | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 009072 | 23.18 | 8/18/2008 |
| 100005068 | Saladino | Joseph | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 021198 | 23.18 | 12/8/2008 |
| 100034950 | Kohman | Joel | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 002577 | 27.35 | 3/2/2009 |
| 100045210 | Mccarthy | Kevin | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 001015 | 22.99 | 1/3/2011 |
| 100016388 | Torpen | Nathan | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 016134 | 22.99 | 5/9/2011 |
| 100063141 | Dequaine | Mark | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 010902 | 22.73 | 11/18/2013 |
| 100063437 | O'Brien | Erin | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 011873 | 22.73 | 1/2/2014 |
| 100063644 | Lochner | Angela | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 320777 | 26.75  23.40 | 1/13/2014 |
| 100070299 | Stoddard | Kent | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 035517 | 23.31 | 9/8/2015 |
| 100089818 | Suri | Shawn | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 015133 | 26.29 | 4/4/2016 |
| 100097874 | Brockman | Chad | 11500 | 73902 | WTS MEASURES PETRO SPEC-SEN | 014108 | 24.75 | 3/20/2017 |

(h)   Equity DERA will only be approved if the employee's salary has been
      determined to be lower than that of other state employees performing the same

I-14

**Exhibit 1048 p. 150**

Section I – 6.00

or similar duties at the same level of proficiency and who have comparable
years of state service or if there is significant pay compression between the
employee and the subordinates supervised.  Limitations to these criteria will
include:

1.   External labor market factors will not be used.

2.   Salary averages will not be used for comparison purposes.

3.   Salary targets will not be used.

4.   The comparison group for determining equity will be all employees in
     the same classification, either in the entire agency or statewide, unless
     otherwise approved by DPM in advance of submission to DPM.  With
     advance approval by DPM, an official subtitle or a working title within
     a classification may also be used as the comparison group.

5.   "Peer groups" based on agency-determined segments of state years of
     service or pay groupings within a classification will not be used for
     comparison purposes.

6.   The equity adjustment will not create a larger equity issue than the one
     being resolved.

7.   In determining compression, the supervisor must be able to perform the
     functions of, or provide technical expertise to, the employee(s) used to
     make the compression comparison.

(i)   Retention DERA will only be approved if the employee has a job offer in hand
      and the resultant loss of the employee's knowledge and experience would be a
      detriment to the agency.

(j)   Retention DERA will not be approved for potential movements within an
      agency or to another executive branch, non-UW agency.

Equity and Retention DERA

# Exhibit 1051 – DATCP Fiscal Year 2019 DMC/DERA Plan

DATCP FY19 DMC/DERA Plan
Page 2

**DERA Strategy**

DATCP is permitted 27 equity DERA awards, all of which will be used by the agency. DATCP's method for determining equity recipients is as follows:

- DATCP Human Resources staff will provide wage and state service information to Division Administrators and the Secretary's Office for use in identifying positions or areas of greatest need (e.g., inequity, compression between supervisors and employees, etc.).

- Each Division Administrator will be asked to review the recommendations received and identify whether or not s/he endorses or rejects the recommendation for a DERA for each person within the division based on the employee's work performance and responsibilities.

- Final division recommendations will be reviewed by the Deputy Secretary; once award recipients are finalized by the Secretary's Office, the assigned DATCP Human Resources staff will coordinate submission to DOA-DPM.

# 2019 DERA recipients

| Name | Seniority Date | Hourly wage | DERA amount | End wage |
|------|----------------|-------------|-------------|----------|
| Daniel, Jacques | 10/31/2005 | 24.62 | 2.40 | 27.02 |
| McCarthy, Kevin | 1/3/2011 | 23.92 | 2.40 | 26.32 |
| Malek, Joseph | 7/9/2001 | 25.40 | 2.40 | 27.80 |
| Petzold, Jonathan | 10/13/2003 | 27.08 | 0.72 | 27.80 |
| Saladino, Joseph | 12/8/2008 | 24.13 | 2.40 | 26.53 |
| Santroch, Wayne | 8/30/1993 | 27.76 | 0.65 | 28.41 |
| Torpen, Nathan | 5/9/2011 | 23.92 | 2.40 | 26.32 |
| Schreiber, Joe | 8/1/2008 | 24.13 | 2.40 | 26.53 |




| A Name | B Seniority | C WMPSS Entry or equivalent start date | D WMPSS Entry start pay | E WMPSS Senior or equivalent start date | F WMPSS Senior start pay | G 2-18-18 across the board market increase | H DERA/DMC 2018 | I 6-24-18 2% GWA | J 1-6-19 2% GWA | K DERA/DMC 2019 | L 12-22-19 discretionary generated market adjustment dollars | M 1-5-20 2% GWA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stobb*[1] | 3-10-89 | 5-25-97 | $12.683 | 6-15-14 | $26.282 | $27.30 | - | $27.85 | $28.41 | $30.21 retention DERA; $1500 DMC | | $30.82 |
| Santroch* | 8-30-93 | 8-30-93 | $12.005 | 11-03-02 | $17.446 | $26.67 | - | $27.21 | $27.76 | $28.41 equity DERA; $1500 DMC | $30.00 | $30.60 |
| Mccann**[2] | 10-25-99 | 4-16-17[3] | $26.50 | 3-3-19 | $29.96 | $27.25 | - | $27.80 | $28.36 | - | - | $30.56 |
| Hailer* | 12-6-99 | 12-6-99 | $13.988 | 11-3-02 | $15.592 | $24.41 | $26.50 equity DERA; $2000 DMC | $27.03 | $27.58 | | $28.50 | $29.07 |
| Zorn[4]** | 11-27-00 | 11-27-00 | $13.988 | 11-3-02 | $15.592 | $24.41 | $2000 DMC | $24.90 | $25.40 | - | Retired | Retired |
| Malek* | 7-9-01 | 11-3-02 | $15.592 | 11-3-02 | $15.592 | $24.41 | - | $24.90 | $25.40 | $27.80 equity DERA; $1500 DMC | $28.49 | $29.06 |
| Petzold** | 10-13-03 | 10-18-15 | $20.25 | 7-8-18 | $26.54 | - | $24.48 equity DERA | $24.97 | $27.08 | $27.80 equity DERA | $28.49 | $29.06 |
| Daniel* | 10-31-05 | 10-31-05 | $15.16 | 6-15-14 | $22.668 | $23.65 | | $24.13 | $24.62 | $27.02 equity DERA | $28.49 | $29.06 |
| Sander* | 12-11-06 | 12-11-06 | $15.781 | 6-15-14 | $22.544 | $27.25[3] | $2000 | $27.80 | $28.36 | $1500 DMC | $28.49 | $29.06 |
| Schreiber* | 8-18-08 | 8-18-08 | $19.451 | 8-3-09 | $21.491 | $23.18 | | $23.65 | $24.13 | $26.53 equity DERA | $28.49 | $29.06 |
| Kohlman* | 3-2-09 | 6-17-12 | $21.23 | 6-15-14 | $26.327 | *[6] | | $27.90 | $28.46 | - | - | $29.03 |
| Mccarthy* | 1-3-11 | 1-3-11 | $16.958 | 6-15-14 | $22.013 | $22.99 | $2000 DMC | $23.45 | $23.92 | $26.32 equity DERA; $2000 DMC | $26.41 | $26.94 |
| Torpen* | 5-9-11 | 5-9-11 | $19.841 | 6-17-12 | $21.491 | $22.99 | | $23.45 | $23.92 | $26.32 equity DERA | $26.41 | $26.94 |
| Dequaine | 11-18-13 | 11-18-13 | $20.04 | 6-14-15 | $21.973 | $22.73 | $1000 DMC | $23.19 | $23.66 | | $26.41 | $26.94 |
| Clark | 12-22-13 | 7-22-18 | $24.75 | - | - | - | - | - | $25.25 | - | - | $25.76 |
| Lochner | 1-13-14 | 11-1-15 | $20.34 | 5-14-17 | $22.65 | $23.40 | Denied | $23.87 | $24.35 | $2000 DMC | $26.41 | $26.94 |
| Sindelar** | 9-22-14 | 10-2-16 | $27.00[7] | 1-6-19 | $29.88[8] | $27.75 | - | $28.31 | $30.48 | - | - | $31.09 |
| Burdick** | 8-10-15 | 6-25-17 | $24.00[9] | 11-25-18 | $26.82[10] | $24.75 | - | $25.25 | $27.36 | - | - | $27.91 |
| Stoddard | 9-8-15 | 9-8-15 | $20.25 | 7-9-17 | $22.56 | $23.31 | $1000 | $23.78 | $24.26 | - | $26.41 | $26.94 |
| Suri** | 4-4-16 | 4-4-16 | $24.00 | 4-29-18 | $26.29[11] | $24.75 | - | $26.82 | $27.36 | - | - | $27.91 |
| Dailey** | 1-9-17 | 1-9-17 | $23.00 | 7-9-18 | $25.80 | $23.75 | - | $24.23 | $26.32 | $2500 DMC[12] | $26.40 | $26.93 |
| Brockman** | 3-20-17 | 3-20-17 | $24.00 | 10-14-18 | $26.82 | $24.75 | - | $25.25 | $27.35 | - | - | $27.91 |
| Karczewski** | 7-24-17 | 7-24-17 | $24.00 | 12-23-18 | $26.82 | $24.75 | - | $25.25 | $27.35 | - | - | $27.91 |
| Smithey** | 4-30-18 | 4-30-18 | $25.00 | 8-4-19 | $27.61 | - | - | $25.50 | $26.01 | - | - | $28.17 |
| Hoffmann | 8-6-18 | 8-6-18 | $26.00 | - | - | - | - | - | $26.52 | - | - | $27.06 |
| Schaefer | 8-20-18 | 8-20-18 | $25.00 | - | - | - | - | - | $25.50 | - | - | $26.01 |
| Lindert | 9-4-18 | 9-4-18 | $24.25 | - | - | - | - | - | $24.74 | - | - | $25.24 |
| Soper | 1-22-19 | 1-22-19 | $24.25 | - | - | - | - | - | - | - | - | $24.74 |
| Eberle | 4-15-19 | 4-15-19 | $25.00 | 12-8-19 | $26.60 | - | - | - | - | - | - | $27.14 |
| Uminski | 8-19-19 | 8-19-19 | $25.25 | - | - | - | - | - | - | - | - | $25.76 |
| Leone | 9-3-19 | 9-3-19 | $25.00 | - | - | - | - | - | - | - | - | $25.50 |



### The pay differential - causation

- DATCP's business decision to move the weights and measures classification to a broadband pay schedule and start paying the new hires for the experience they brought to DATCP;

- The strictures of the Comp plan limited DATCP's ability to raise the salaries of the weights and measures inspectors hired before broad-banding

- With a limited number of equity DERA, DATCP started with the most senior inspectors with the greatest inequities and worked its way down;

- The 2019-21 Comp plan finally allowed DATCP to give Ms. Lochner a $2.06 discretionary raise bringing her salary to the same level as other inspectors hired before broad-banding who, like Ms. Lochner, had under 10 years of State service;

# December 2019 discretionary market dollars – started well before this lawsuit was filed on October 25, 2019



State of Wisconsin
Governor Tony Evers

**Department of Agriculture, Trade and Consumer Protection**
Bradley M. Pfaff, Secretary

Date:   April 26, 2019

To:     Stacey Rolston
        Deputy Administrator
        DOA – Division of Personnel Management

From:   Randy Romanski
        Deputy Secretary
        DATCP

Re:     Equity adjustments for agency specific classifications

With increased emphasis on acknowledging state employees' service to the state, corresponding equity issues, and specific areas of market need, the Department of Agriculture, Trade & Consumer Protection (DATCP) is seeking to apply base building merit and equity awards to staff, including relevant supervisors for limited parity, in multiple agency-specific classifications.

The identified areas of greatest need for DATCP include:

- Meat Safety Inspector Objective
- Meat Safety Inspector Entry (only need to address two staff at this level versus the full group)
- Meat Safety Supervisor
- Weights & Measures Petroleum Systems Specialist – Senior
- Weights & Measures Petroleum Systems Supervisor
- Food Scientist – Advanced
- Environmental Health Sanitarian – Senior
- Food & Dairy Sanitarian - Senior
- Food Safety Supervisor
- Environmental Health Services Supervisor
- Animal Health Compliance Specialist

For the Weights & Measures/Petroleum, Meat Inspection and Animal Health programs, the compensation issues that exist today are a direct result of broad-banding that was implemented for the job titles in February and March 2016. DATCP Human Resources will provide follow up information referencing the bulletins published in 2016. After broad-banding was implemented, the Weights & Measures and Meat Inspection program areas started hiring new staff at several dollars per hour higher than current staff. This was done in order to meet market demand and retain staff who were often getting state training and then leaving for other higher paying jobs back in the private sector or with city and county employers (e.g., city scaler positions for the weights & measures program area). For both of the above programs, the agency requested the discretion to apply market dollars generated by each position to address equity needs, but this request was not provided for the 2017-19 Compensation Plan. Equity issues have continued and even increase as some staff have received retention DERAs, due to outside job offers and the need to retain staff.

For the Animal Health program, the program has been able to retain staff but has not been able to adjust pay for staff that was set prior to broad banding. These staff have stayed loyal and, based on the merits of their job, performance, and labor market if a vacancy were filled, need to be corrected. To better align the pay rate for the

Exhibit 1011

# December 2019 discretionary market dollars – started well before this lawsuit was filed on October 25, 2019

Date:   April 26, 2019

To:     Stacey Rolston
        Deputy Administrator
        DOA – Division of Personnel Management

From:   Randy Romanski
        Deputy Secretary
        DATCP

Re:     Equity adjustments for agency specific classifications

- Meat Safety Inspector Objective
- Meat Safety Inspector Entry (only need to address two staff at this level versus the full group)
- Meat Safety Supervisor
- Weights & Measures Petroleum Systems Specialist – Senior
- Weights & Measures Petroleum Systems Supervisor
- Food Scientist – Advanced
- Environmental Health Sanitarian – Senior
- Food & Dairy Sanitarian - Senior
- Food Safety Supervisor
- Environmental Health Services Supervisor
- Animal Health Compliance Specialist

For the Weights & Measures/Petroleum, Meat Inspection and Animal Health programs, the compensation issues that exist today are a direct result of broad-banding that was implemented for the job titles in February and March 2016. DATCP Human Resources will provide follow up information referencing the bulletins published in 2016. After broad-banding was implemented, the Weights & Measures and Meat Inspection program areas started hiring new staff at several dollars per hour higher their current staff. This was done in order to meet market demand and retain staff who were often getting state training and then leaving for other higher paying jobs back in the private sector or with city and county employers (e.g., city sealer positions for the weights & measures program area). For both of the above programs, the agency requested the discretion to apply market dollars generated by each position to address equity needs, but this request was not provided for the 2017-19 Compensation Plan. Equity issues have continued and even increased as some staff have received retention DERAs, due to outside job offers and the need to retain staff.

For the Animal Health program, the program has been able to retain staff but has not been able to adjust pay for staff that was set prior to broad banding. These staff have stayed loyal and, based on the merits of their job, performance, and labor market if a vacancy were filled, need to be corrected. To better align the pay rate for the

# December 2019 discretionary market dollars – started well before this lawsuit was filed on October 25, 2019



State of Wisconsin
Governor Tony Evers

**Department of Agriculture, Trade and Consumer Protection**
Bradley M. Pfaff, Secretary

Date:   April 26, 2019

To:     Stacey Rolston
        Deputy Administrator
        DOA – Division of Personnel Management

From:   Randy Romanski
        Deputy Secretary
        DATCP

Re:     Equity adjustments for agency specific classifications

With increased emphasis on acknowledging state employees' service to the state, corresponding equity issues, and specific areas of market need, the Department of Agriculture, Trade & Consumer Protection (DATCP) is seeking to apply base building merit and equity awards to staff, including relevant supervisors for limited parity, in multiple agency-specific classifications.

The identified areas of greatest need for DATCP include:

- Meat Safety Inspector Objective

For the Weights & Measures/Petroleum, Meat Inspection and Animal Health programs, the compensation issues that exist today are a direct result of broad-banding that was implemented for the job titles in February and March 2016. DATCP Human Resources will provide follow up information referencing the bulletins published in 2016. After broad-banding was implemented, the Weights & Measures and Meat Inspection program areas started hiring new staff at several dollars per hour higher than current staff. This was done in order to meet market demand and retain staff who were often getting state training and then leaving for other higher paying jobs back in the private sector or with city and county employers (e.g., city sealer positions for the weights & measures program area). For both of the above programs, the agency requested the discretion to apply market dollars generated by each position to address equity needs, but this request was not provided for the 2017-19 Compensation Plan. Equity issues have continued and even increased as some staff have received retention DERAs, due to outside job offers and the need to retain staff.

For the Animal Health program, the program has been able to retain staff but has not been able to adjust pay for staff that was set prior to broad banding. These staff have stayed loyal and, based on the merits of their job, performance, and labor market if a vacancy were filled, need to be corrected. To better align the pay rate for the

| WTS Measures Petro Spec Discretionary Market Planning Worksheet | | | | | | | | | | | Total | Total | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | $ 20.30 | $ 20.30 | |
| ID | Empl Record | Last | First Name | Unit | Position | Job Code | Descr | Company Dt | YOS | Current Base Rate | do not revise! Market Generation | Market Award | New BaseRate |
| 100038479 | 0 | Stobb | Robert | 11500 | 317556 | 73902 | WTS MEASURES PETRO SPEC-SEN | 3/10/1989 | 30.8 | 30.21 | $ 0.70 | | 30.21 |
| 100010994 | 0 | Santroch | Wayne | 11500 | 14476 | 73902 | WTS MEASURES PETRO SPEC-SEN | 8/30/1993 | 26.3 | 28.41 | $ 0.70 | 1.59 | 30.00 |
| 100032270 | 0 | Mccann | Richard | 11500 | 317851 | 73902 | WTS MEASURES PETRO SPEC-SEN | 10/25/1999 | 20.2 | 29.96 | $ 0.70 | | 29.96 |
| 100040955 | 0 | Hailer | Steven | 11500 | 17665 | 73902 | WTS MEASURES PETRO SPEC-SEN | 12/6/1999 | 20.0 | 27.58 | $ 0.70 | 0.92 | 28.50 |
| 100007939 | 0 | Malek | Joseph | 11500 | 19671 | 73902 | WTS MEASURES PETRO SPEC-SEN | 7/9/2001 | 18.5 | 27.80 | $ 0.70 | 0.69 | 28.49 |
| 100040888 | 0 | Petzold | Jonathan | 11500 | 317551 | 73902 | WTS MEASURES PETRO SPEC-SEN | 10/13/2003 | 16.2 | 27.80 | $ 0.70 | 0.69 | 28.49 |
| 100032131 | 0 | Garbe | Jay | 11500 | 317552 | 73920 | WTS MEASURES PETRO SUPV | 3/21/2005 | 14.8 | 31.27 | $ 0.70 | 0.7 | 31.97 |
| 100049366 | 0 | Daniel | Jacques | 11500 | 23919 | 73902 | WTS MEASURES PETRO SPEC-SEN | 10/31/2005 | 14.1 | 27.02 | $ 0.70 | 1.47 | 28.49 |
| 100048039 | 0 | Sander | David | 11500 | 13784 | 73902 | WTS MEASURES PETRO SPEC-SEN | 12/11/2006 | 13.0 | 28.36 | $ 0.70 | 0.13 | 28.49 |
| 100027403 | 0 | Schreiber | Joe | 11500 | 9072 | 73902 | WTS MEASURES PETRO SPEC-SEN | 8/18/2008 | 11.3 | 26.53 | $ 0.70 | 1.96 | 28.49 |
| 100034950 | 0 | Kohlman | Joel | 11500 | 2577 | 73902 | WTS MEASURES PETRO SPEC-SEN | 3/2/2009 | 10.8 | 28.46 | $ 0.70 | | 28.46 |
| 100045210 | 0 | Mccarthy | Kevin | 11500 | 1015 | 73902 | WTS MEASURES PETRO SPEC-SEN | 1/3/2011 | 9.0 | 26.32 | $ 0.70 | 0.09 | 26.41 |
| 100016388 | 0 | Torpen | Nathan | 11500 | 16134 | 73902 | WTS MEASURES PETRO SPEC-SEN | 5/9/2011 | 8.6 | 26.32 | $ 0.70 | 0.09 | 26.41 |
| 100044782 | 0 | Dummer | Douglas | 11500 | 21598 | 73920 | WTS MEASURES PETRO SUPV | 5/23/2011 | 8.6 | 31.27 | $ 0.70 | 0.7 | 31.97 |
| 100063038 | 0 | Garbe | Keith | 11500 | 1195 | 73920 | WTS MEASURES PETRO SUPV | 11/4/2013 | 6.1 | 31.27 | $ 0.70 | 0.7 | 31.97 |
| 100063141 | 0 | Dequaine | Mark | 11500 | 10902 | 73902 | WTS MEASURES PETRO SPEC-SEN | 11/18/2013 | 6.1 | 23.66 | $ 0.70 | 2.75 | 26.41 |
| 100063437 | 0 | O'Brien | Erin | 11500 | 11873 | 73902 | WTS MEASURES PETRO SPEC-SEN | 1/2/2014 | 6.0 | 23.66 | $ 0.70 | 2.75 | 26.41 |
| 100063644 | 0 | Lochner | Angela | 11500 | 320777 | 73902 | WTS MEASURES PETRO SPEC-SEN | 1/13/2014 | 5.9 | 24.35 | $ 0.70 | 2.06 | 26.41 |
| 100099585 | 0 | Loreck | Gregory | 11500 | 2043 | 73920 | WTS MEASURES PETRO SUPV | 2/20/2014 | 5.8 | 31.27 | $ 0.70 | 0.7 | 31.97 |
| 100068541 | 0 | Sindelar | Edward | 11500 | 1875 | 73902 | WTS MEASURES PETRO SPEC-SEN | 9/22/2014 | 5.2 | 30.48 | $ 0.70 | | 30.48 |
| 100074175 | 0 | Burdick | Joel | 11500 | 35172 | 73902 | WTS MEASURES PETRO SPEC-SEN | 8/10/2015 | 4.4 | 27.36 | $ 0.70 | | 27.36 |
| 100070299 | 0 | Stoddard | Kent | 11500 | 35517 | 73902 | WTS MEASURES PETRO SPEC-SEN | 9/8/2015 | 4.3 | 24.26 | $ 0.70 | 2.15 | 26.41 |
| 100089818 | 0 | Suri | Shawn | 11500 | 15133 | 73902 | WTS MEASURES PETRO SPEC-SEN | 4/4/2016 | 3.7 | 27.36 | $ 0.70 | | 27.36 |
| 100072042 | 0 | Dailey | Michael | 11500 | 16495 | 73902 | WTS MEASURES PETRO SPEC-SEN | 1/9/2017 | 3.0 | 26.32 | $ 0.70 | 0.08 | 26.40 |
| 100097874 | 0 | Brockman | Chad | 11500 | 14108 | 73902 | WTS MEASURES PETRO SPEC-SEN | 3/20/2017 | 2.8 | 27.36 | $ 0.70 | | 27.36 |
| 100100056 | 0 | Nelson | Stefanie | 11500 | 852 | 73902 | WTS MEASURES PETRO SPEC-SEN | 6/12/2017 | 2.5 | 26.32 | $ 0.70 | 0.08 | 26.40 |
| 100100988 | 0 | Karczewski | Jason | 11500 | 20354 | 73902 | WTS MEASURES PETRO SPEC-SEN | 7/24/2017 | 2.4 | 27.36 | $ 0.70 | | 27.36 |
| 100107068 | 0 | Smithey | Lance | 11500 | 317730 | 73902 | WTS MEASURES PETRO SPEC-SEN | 4/30/2018 | 1.6 | 27.61 | $ 0.70 | | 27.61 |
| 100097912 | 0 | Eberle | Nicholas | 11500 | 317856 | 73902 | WTS MEASURES PETRO SPEC-SEN | 4/15/2019 | 0.7 | 26.60 | $ 0.70 | | 26.60 |



### The pay differential - causation

- DATCP's business decision to move the weights and measures classification to a broadband pay schedule and start paying the new hires for the experience they brought to DATCP;

- The strictures of the Comp plan limited DATCP's ability to raise the salaries of the weights and measures inspectors hired before broad-banding

- With a limited number of equity DERA, DATCP started with the most senior inspectors with the greatest inequities and worked its way down;

- The 2019-21 Comp plan finally allowed DATCP to give Ms. Lochner a $2.06 discretionary raise bringing her salary to the same level as other inspectors hired before broad-banding who, like Ms. Lochner, had under 10 years of State service;

- The DERA program was suspended in FY 2020, so only general wage adjustments—across the board—were available compensation tools.



# The DERA program was suspended in FY2020

### (Exhibit 1019)

**From:** Secretary Brennan
**To:** WI 16_All State Employees
**Subject:** COVID-19 Update
**Date:** Tuesday, April 28, 2020 9:21:46 PM
**Attachments:** image001.png

Dear State Employee Colleague,

The COVID-19 pandemic has had a fundamental impact on virtually every aspect of life, including how government operates. We asked you to help transform government in ways none of us thought we would have to do. There have been stories of innovation and creativity to ensure Wisconsin state government is still serving our residents. We are doing things differently every day, and circumstances may dictate that we continue to operate differently for an extended period of time.

The State's fiscal situation has also seen a dramatic change in recent weeks, and that too will have a significant impact on the way we do business for a longer period of time. While we entered this public health emergency in strong financial condition, the situation at both the state and federal level have changed dramatically since the Legislative Fiscal Bureau released it January 2020 revenue estimates and revised 2019-21 general fund condition. The impact of the crisis on the overall economic climate will reduce state revenues at the same time that we are facing dramatically increased costs to marshal all potential resources to fight COVID-19.

Wisconsin has received federal assistance to offset some of the additional costs that state and local governments have incurred due to the COVID-19 public health emergency, that assistance cannot be used to offset any loss of revenue that has occurred during this emergency. Given current economic indicators signal a national recession and weakness in state tax collections, the executive branch agencies will be making changes in fiscal year 2019-20 to best position the state financially for an unknown future.

In order to begin to offset the loss of state revenues, we will immediately implement a reduction of 5 percent to state operations GPR appropriations in executive branch agencies for fiscal year 2019-20. These reductions will improve the general fund balance for fiscal year 2019-20, providing additional cushion until the revenue picture for the biennium becomes clearer.

Part of our efforts include continuing some of the steps that were implemented several weeks ago. All state-sponsored out of state travel will be restricted unless deemed to be essential for COVID-19 response. We also will continue to maintain a hiring freeze, with exceptions for COVID-19 related positions and those deemed essential for continuing business functions. Additionally, we will be suspending the Discretionary Merit Compensation (DMC) Program and restricting the Discretionary Equity and Retention Award (DERA) Program for the remainder of

**Exhibit 1019 p. 001**

the fiscal year.

People across our state – and in state government – are hurting, these are challenging days. We do not take these or any other steps lightly and will do everything we can to limit ongoing impact on all the state employees who continue to provide great service, but we also know that waiting any longer to institute cost savings could have an even greater impact on our state's workforce in the months to come.

Over the course of the last 15 months, we have come to know and respect the ingenuity and innovative spirit of Wisconsin state employees. Over the last six weeks, you have shown resolve, courage, and an unbreakable Wisconsin spirit as we have accomplished great things to ensure that we carry out every critical state function under the most challenging conditions. And we have confidence that in the coming weeks, you will help provide creative ways to deliver services and perform while laying the groundwork to manage any revenue and budget challenges that COVID-19 puts in our path. We appreciate your dedication and commitment, and we look forward to meeting all the challenges together, head-on.

Sincerely,

Secretary Brennan



**JOEL BRENNAN | Secretary**
Department of Administration
Phone: (608) 266-1741

| Name | Seniority | WMPSS Entry or equivalent start date | WMPSS Entry start pay | WMPSS Senior or equivalent start date | WMPSS Senior start pay | 2-18-18 across the board market increase | DERA/ DMC 2018 | 6-24-18 2% GWA | 1-6-19 2% GWA | DERA/ DMC 2019 | 12-22-19 discretionary generated market adjustment dollars | 1-5-20 2% GWA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stobb**[1] | 3-10-89 | 5-25-97 | $12.683 | 6-15-14 | $26.282 | $27.30 | - | $27.85 | $28.41 | $30.21 retention DERA; $1500 DMC | | $30.82 |
| Santroch* | 8-30-93 | 8-30-93 | $12.005 | 11-03-02 | $17.446 | $26.67 | - | $27.21 | $27.76 | $28.41 equity DERA; $1500 DMC | $30.00 | $30.60 |
| Mccann**[2] | 10-25-99 | 4-16-17[3] | $26.50 | 3-3-19 | $29.96 | $27.25 | - | $27.80 | $28.36 | - | - | $30.56 |
| Hailer* | 12-6-99 | 12-6-99 | $13.988 | 11-3-02 | $15.592 | $24.41 | $26.50 equity DERA; $2000 DMC | $27.03 | $27.58 | | $28.50 | $29.07 |
| Zorn[4] ** | 11-27-00 | 11-27-00 | $13.988 | 11-3-02 | $15.592 | $24.41 | $2000 DMC | $24.90 | $25.40 | - | Retired | Retired |
| Malek * | 7-9-01 | 11-3-02 | $15.592 | 11-3-02 | $15.592 | $24.41 | | $24.90 | $25.40 | $27.80 equity DERA; $1500 DMC | $28.49 | $29.06 |
| Petzold** | 10-13-03 | 10-18-15 | $20.25 | 7-8-18 | $26.54 | - | $24.48 equity DERA | $24.97 | $27.08 | $27.80 equity DERA | $28.49 | $29.06 |
| Daniel * | 10-31-05 | 10-31-05 | $15.16 | 6-15-14 | $22.668 | $23.65 | | $24.13 | $24.62 | $27.02 equity DERA | $28.49 | $29.06 |
| Sander* | 12-11-06 | 12-11-06 | $15.781 | 6-15-14 | $22.544 | $27.25[3] | $2000 | $27.80 | $28.36 | $1500 DMC | $28.49 | $29.06 |
| Schreiber* | 8-18-08 | 8-18-08 | $19.451 | 8-3-09 | $21.491 | $23.18 | | $23.65 | $24.13 | $26.53 equity DERA | $28.49 | $29.06 |
| Kohlman* | 3-2-09 | 6-17-12 | $21.23 | 6-15-14 | $26.327 | *[6] | | $27.90 | $28.46 | - | - | $29.03 |
| Mccarthy* | 1-3-11 | 1-3-11 | $16.958 | 6-15-14 | $22.013 | $22.99 | $2000 DMC | $23.45 | $23.92 | $26.32 equity DERA; $2000 DMC | $26.41 | $26.94 |
| Torpen* | 5-9-11 | 5-9-11 | $19.841 | 6-17-12 | $21.491 | $22.99 | | $23.45 | $23.92 | $26.32 equity DERA | $26.41 | $26.94 |
| Dequaine | 11-18-13 | 11-18-13 | $20.04 | 6-14-15 | $21.973 | $22.73 | $1000 DMC | $23.19 | $23.66 | | $26.41 | $26.94 |
| Clark | 12-22-13 | 7-22-18 | $24.75 | - | - | - | | - | $25.25 | - | | $25.76 |
| Lochner | 1-13-14 | 11-1-15 | $20.34 | 5-14-17 | $22.65 | $23.40 | Denied | $23.87 | $24.35 | $2000 DMC | $26.41 | $26.94 |
| Sindelar** | 9-22-14 | 10-2-16 | $27.00[7] | 1-6-19 | $29.88[8] | $27.75 | | $28.31 | $30.48 | - | - | $31.09 |
| Burdick** | 8-10-15 | 6-25-17 | $24.00[9] | 11-25-18 | $26.82[10] | $24.75 | | $25.25 | $27.36 | - | - | $27.91 |
| Stoddard | 9-8-15 | 9-8-15 | $20.25 | 7-9-17 | $22.56 | $23.31 | $1000 | $23.78 | $24.26 | - | $26.41 | $26.94 |
| Suri** | 4-4-16 | 4-4-16 | $24.00 | 4-29-18 | $26.29[11] | $24.75 | | $26.82 | $27.36 | - | - | $27.91 |
| Dailey** | 1-9-17 | 1-9-17 | $23.00 | 7-9-18 | $25.80 | $23.75 | - | $25.25 | $26.32 | $2500 DMC[12] | $26.40 | $26.93 |
| Brockman** | 3-20-17 | 3-20-17 | $24.00 | 10-14-18 | $26.82 | $24.75 | - | $25.25 | $27.35 | - | - | $27.91 |
| Karczewski** | 7-24-17 | 7-24-17 | $24.00 | 12-23-18 | $26.82 | $24.75 | - | $25.25 | $27.35 | - | - | $27.91 |
| Smithey** | 4-30-18 | 4-30-18 | $25.00 | 8-4-19 | $27.61 | - | | $25.50 | $26.01 | - | - | $28.17 |
| Hoffmann | 8-6-18 | 8-6-18 | $26.00 | - | - | - | | - | $26.52 | - | - | $27.06 |
| Schaefer | 8-20-18 | 8-20-18 | $25.00 | - | - | - | | - | $25.50 | - | - | $26.01 |
| Lindert | 9-4-18 | 9-4-18 | $24.25 | - | - | - | | - | $24.74 | - | - | $25.24 |
| Soper | 1-22-19 | 1-22-19 | $24.25 | - | - | - | | - | - | - | - | $24.74 |
| Eberle | 4-15-19 | 4-15-19 | $25.00 | 12-8-19 | $26.60 | - | | - | - | - | - | $27.14 |
| Uminski | 8-19-19 | 8-19-19 | $25.25 | - | - | - | | - | - | - | - | $25.76 |
| Leone | 9-3-19 | 9-3-19 | $25.00 | - | - | - | | - | - | - | - | $25.50 |

**WMPSS General Wage Adjustment 1.3.21**

| Last Name | First Name | M.I. | Adjusted Seniority Date | Classification | Sched | Rng | Class Start Date | Old Total Rate w/ add-on | Old Base Rate | Increase Amount | New Base Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stobb | Robert | J | 3/10/1989 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 6/15/2014 | 30.82 | 30.82 | 0.62 | 31.44 |
| Lyngen | Janet | L | 2/22/1993 | WTS & MEASURES PETRO SYS SPEC-ENT | 05 | 63 | 5/28/2017 | 26.77 | 26.77 | 0.54 | 27.31 |
| Santroch | Wayne | Allen | 8/30/1993 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 8/11/2013 | 30.60 | 30.60 | 0.62 | 31.22 |
| Mccann | Richard | R | 10/25/1999 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 3/3/2019 | 30.56 | 30.56 | 0.62 | 31.18 |
| Hailer | Steven | L | 12/6/1999 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 8/11/2013 | 29.07 | 29.07 | 0.59 | 29.66 |
| Malek | Joseph | M | 7/9/2001 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 8/11/2013 | 29.06 | 29.06 | 0.59 | 29.65 |
| Petzold | Jonathan | D | 10/13/2003 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 7/8/2018 | 29.06 | 29.06 | 0.59 | 29.65 |
| Daniel | Jacques | E | 10/31/2005 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 6/15/2014 | 29.06 | 29.06 | 0.59 | 29.65 |
| Sander | David | | 12/11/2006 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 6/15/2014 | 29.06 | 29.06 | 0.59 | 29.65 |
| Schreiber | Joe | A | 8/18/2008 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 8/11/2013 | 29.06 | 29.06 | 0.59 | 29.65 |
| Kohlman | Joel | J | 3/2/2009 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 3/4/2018 | 29.03 | 29.03 | 0.59 | 29.62 |
| Mccarthy | Kevin | B | 1/3/2011 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 6/15/2014 | 26.94 | 26.94 | 0.54 | 27.48 |
| Torpen | Nathan | R | 5/9/2011 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 8/11/2013 | 26.94 | 26.94 | 0.54 | 27.48 |
| Dequaine | Mark | J | 11/18/2013 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 6/14/2015 | 26.94 | 26.94 | 0.54 | 27.48 |
| Clark | Benjamin | S | 12/22/2013 | WTS & MEASURES PETRO SYS SPEC-ENT | 05 | 63 | 7/22/2018 | 25.76 | 25.76 | 0.52 | 26.28 |
| O'Brien | Erin | J | 1/2/2014 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 6/28/2014 | 26.94 | 26.94 | 0.54 | 27.48 |
| Lochner | Angela | M | 1/13/2014 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 5/14/2017 | 26.94 | 26.94 | 0.54 | 27.48 |
| Burdick | Joel | M | 8/10/2015 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 11/25/2018 | 27.91 | 27.91 | 0.56 | 28.47 |
| Stoddard | Kent | R | 9/8/2015 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 7/9/2017 | 26.94 | 26.94 | 0.54 | 27.48 |
| Suri | Shawn | E. | 4/4/2016 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 4/29/2018 | 27.91 | 27.91 | 0.56 | 28.47 |
| Brockman | Chad | W | 3/20/2017 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 10/14/2018 | 27.91 | 27.91 | 0.56 | 28.47 |
| Nelson | Stefanie | A | 6/12/2017 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 12/23/2018 | 26.93 | 26.93 | 0.54 | 27.47 |
| Karczewski | Jason | L | 7/24/2017 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 12/23/2018 | 27.91 | 27.91 | 0.56 | 28.47 |
| Smithey | Lance | J. | 4/30/2018 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 8/4/2019 | 28.17 | 28.17 | 0.57 | 28.74 |
| Hoffmann | Anthony | P | 8/6/2018 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 3/2/2020 | 28.70 | 28.70 | 0.58 | 29.28 |
| Schaefer | Jacob | R | 8/20/2018 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 1/19/2020 | 28.17 | 28.17 | 0.57 | 28.74 |
| Lindert | Daniel | Ward | 9/4/2018 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 3/29/2020 | 27.69 | 27.69 | 0.56 | 28.25 |
| Soper | Travis | I | 1/22/2019 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 11/22/2020 | 27.19 | 27.19 | 0.55 | 27.74 |
| Eberle | Nicholas | A | 4/15/2019 | WTS & MEASURES PETRO SYS SPEC-SEN | 05 | 63 | 12/8/2019 | 27.14 | 27.14 | 0.55 | 27.69 |
| Uminski | Joseph | W | 8/19/2019 | WTS & MEASURES PETRO SYS SPEC-ENT | 05 | 63 | 8/19/2019 | 25.76 | 25.76 | 0.52 | 26.28 |
| Leone | Darren | J | 9/3/2019 | WTS & MEASURES PETRO SYS SPEC-ENT | 05 | 63 | 9/3/2019 | 25.50 | 25.50 | 0.51 | 26.01 |
| Miller | David | A | 9/28/2020 | WTS & MEASURES PETRO SYS SPEC-ENT | 05 | 63 | 9/28/2020 | 25.00 | 25.00 | 0.50 | 25.50 |

# Lochner's *prima facie* case

| NAME | SENIORITY DATE | WMPSS ENTRY DATE | WMPSS "SENIOR" Reclass Date | WMPSS ENTRY HOURLY WAGE | HOURLY WAGE EFF. 2/18/18 | HOURLY WAGE EFF. 6/24/2018 | HOURLY WAGE EFF. 1/6/2019 | HOURLY WAGE EFF. 12/22/2019 | HOURLY WAGE EFF. 1/5/2020 | HOURLY WAGE EFF. 1/3/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| Lochner | 1/13/2014 | 11/1/2015 | | $20.34 | $23.40 | $23.87 | $24.35 | $26.41 | $26.94 | $27.48 |
| Burdick | 8/10/2015 | 6/25/2017 | 11/25/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| Suri | 4/4/2016 | 4/4/2016 | 4/29/2018 | $24.00 | $24.75 | $26.82 | $27.36 | $27.36 | $27.91 | $28.47 |
| Dailey | 1/9/2017 | 1/9/2017 | 7/9/2018 | $23.00 | $23.75 | $24.23 | $26.32 | $26.40 | $26.93 | |
| Brockman | 3/20/2017 | 3/20/2017 | 10/14/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| Karczewski | 7/24/2017 | 7/24/2017 | 12/23/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| Smithey | 4/30/2018 | 4/30/2018 | 8/4/2019 | $25.00 | | $25.50 | $26.01 | $26.01 | $28.17 | $28.74 |
| Hoffmann | 8/6/2018 | 8/6/2018 | 3/2/2020 | $26.00 | | | $26.52 | $26.52 | $27.06 | $29.28 |
| Schaefer | 8/20/2018 | 8/20/2018 | 1/19/2020 | $25.00 | | | $25.50 | $25.50 | $26.01 | |
| Lindert | 9/4/2018 | 9/4/2018 | 3/29/2020 | $24.25 | | | $24.74 | $24.74 | $25.24 | $28.25 |
| Eberle | 4/15/2019 | 4/15/2019 | 12/8/2019 | $25.00 | | | | $26.60 | $27.14 | $27.69 |
| Uminski | 8/19/2019 | 8/19/2019 | | $25.25 | | | | $25.25 | $25.76 | $26.28 |

**Post-broadbanding hiring justifications**

Dkt. 32-1 ¶¶ 106-110, 112-132

| | |
|---|---|
| Shawn Suri<br>• Certified tank specialist<br>• 7 years fuel specialist | Anthony Hoffmann<br>• 5 years exp. weights and measures |
| Michael Dailey<br>• 3 years exp regulatory enforcement fieldwork<br>• 1 year WMPSS LTE<br>• 15 weights and measures trainings | Jacob Schaefer<br>• WMPSS LTE – highly regarded employee<br>• Negotiated salary |
| Chad Brockman<br>• 5 years relevant weights and measures exp<br>• Some chemical engineering | Daniel Lindert<br>• 25 years aircraft maintenance<br>• Experience with storage tanks and scales |
| Joel Burdick<br>• Science and fire safety background<br>• 21 months meat safety inspector | Nicholas Eberle<br>• WMPSS LTE 2+ years, $20-$21 per hour<br>• Negotiated salary |
| Jason Karczewski<br>• 20 years, managing pricing, sales, inventory, and point of sales computer systems; computer science | Joseph Uminski<br>• 16 years law enforcement<br>• 3rd candidate |
| Lance Smithey<br>• Over 4 years petroleum industry, meter testing and calibration, tank system testing, etc.<br>• hazardous material training | |

# Lochner's *prima facie* case + pre-broadband men

| NAME | SENIORITY DATE | WMPSS ENTRY DATE | WMPSS "SENIOR" Reclass Date | WMPSS ENTRY HOURLY WAGE | HOURLY WAGE EFF. 2/18/18 | HOURLY WAGE EFF. 6/24/2018 | HOURLY WAGE EFF. 1/6/2019 | HOURLY WAGE EFF. 12/22/2019 | HOURLY WAGE EFF. 1/5/2020 | HOURLY WAGE EFF. 1/3/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Schreiber** | **8/18/2008** | **8/18/2008** | **8/3/2009** | **$19.451** | **$23.18** | **$23.65** | **$24.13** | **$28.49** | **$29.06** | **$29.65** |
| **McCarthy** | **1/3/2011** | **1/3/2011** | **6/15/2014** | **$16.958** | **$22.99** | **$23.45** | **$23.92** | **$26.41** | **$26.94** | **$27.48** |
| **Torpen** | **5/9/2011** | **5/9/2011** | **6/17/2012** | **$19.841** | **$22.99** | **$23.45** | **$23.92** | **$26.41** | **$26.94** | **$27.48** |
| **Dequaine** | **11/18/2013** | **11/18/2013** | **6/14/2015** | **$20.04** | **$22.73** | **$23.19** | **$23.66** | **$26.41** | **$26.94** | **$27.48** |
| **Lochner** | **1/13/2014** | **11/1/2015** | **5/14/2017** | **$20.34** | **$23.40** | **$23.87** | **$24.35** | **$26.41** | **$26.94** | **$27.48** |
| Burdick | 8/10/2015 | 6/25/2017 | 11/25/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| **Stoddard** | **9/8/2015** | **9/8/2015** | **7/9/2017** | **$20.25** | **$23.31** | **$23.75** | **$24.26** | **$26.41** | **$26.94** | **$27.48** |
| Suri | 4/4/2016 | 4/4/2016 | 4/29/2018 | $24.00 | $24.75 | $26.82 | $27.36 | $27.36 | $27.91 | $28.47 |
| Dailey | 1/9/2017 | 1/9/2017 | 7/9/2018 | $23.00 | $23.75 | $24.23 | $26.32 | $26.40 | $26.93 | |
| Brockman | 3/20/2017 | 3/20/2017 | 10/14/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| Karczewski | 7/24/2017 | 7/24/2017 | 12/23/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| Smithey | 4/30/2018 | 4/30/2018 | 8/4/2019 | $25.00 | | $25.50 | $26.01 | $26.01 | $28.17 | $28.74 |
| Hoffmann | 8/6/2018 | 8/6/2018 | 3/2/2020 | $26.00 | | | $26.52 | $26.52 | $27.06 | $29.28 |
| Schaefer | 8/20/2018 | 8/20/2018 | 1/19/2020 | $25.00 | | | $25.50 | $25.50 | $26.01 | |
| Lindert | 9/4/2018 | 9/4/2018 | 3/29/2020 | $24.25 | | | $24.74 | $24.74 | $25.24 | $28.25 |
| Eberle | 4/15/2019 | 4/15/2019 | 12/8/2019 | $25.00 | | | | $26.60 | $27.14 | $27.69 |
| Uminski | 8/19/2019 | 8/19/2019 | | $25.25 | | | | $25.25 | $25.76 | $26.28 |

# Lochner's *prima facie* case + pre-broadband men

| NAME | SENIORITY DATE | WMPSS ENTRY DATE | WMPSS "SENIOR" Reclass Date | WMPSS ENTRY HOURLY WAGE | HOURLY WAGE EFF. 2/18/18 | HOURLY WAGE EFF. 6/24/2018 | HOURLY WAGE EFF. 1/6/2019 | HOURLY WAGE EFF. 12/22/2019 | HOURLY WAGE EFF. 1/5/2020 | HOURLY WAGE EFF. 1/3/2021 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Schreiber** | 8/18/2008 | 8/18/2008 | 8/3/2009 | $19.451 | $23.18 | $23.65 | $24.13 | $28.49 | $29.06 | $29.65 |
| **McCarthy** | 1/3/2011 | 1/3/2011 | 6/15/2014 | $16.958 | $22.99 | $23.45 | $23.92 | $26.41 | $26.94 | $27.48 |
| **Torpen** | 5/9/2011 | 5/9/2011 | 6/17/2012 | $19.841 | $22.99 | $23.45 | $23.92 | $26.41 | $26.94 | $27.48 |
| **Dequaine** | 11/18/2013 | 11/18/2013 | 6/14/2015 | $20.04 | $22.73 | $23.19 | $23.66 | $26.41 | $26.94 | $27.48 |
| **Lochner** | 1/13/2014 | 11/1/2015 | 5/14/2017 | $20.34 | $23.40 | $23.87 | $24.35 | $26.41 | $26.94 | $27.48 |
| Burdick | 8/10/2015 | 6/25/2017 | 11/25/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| **Stoddard** | 9/8/2015 | 9/8/2015 | 7/9/2017 | $20.25 | $23.31 | $23.75 | $24.26 | $26.41 | $26.94 | $27.48 |
| Suri | 4/4/2016 | 4/4/2016 | 4/29/2018 | $24.00 | $24.75 | $26.82 | $27.36 | $27.36 | $27.91 | $28.47 |
| Dailey | 1/9/2017 | 1/9/2017 | 7/9/2018 | $23.00 | $23.75 | $24.23 | $26.32 | $26.40 | $26.93 | |
| Brockman | 3/20/2017 | 3/20/2017 | 10/14/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| Karczewski | 7/24/2017 | 7/24/2017 | 12/23/2018 | $24.00 | $24.75 | $25.25 | $27.36 | $27.36 | $27.91 | $28.47 |
| Smithey | 4/30/2018 | 4/30/2018 | 8/4/2019 | $25.00 | | $25.50 | $26.01 | $26.01 | $28.17 | $28.74 |
| Hoffmann | 8/6/2018 | 8/6/2018 | 3/2/2020 | $26.00 | | | $26.52 | $26.52 | $27.06 | $29.28 |
| Schaefer | 8/20/2018 | 8/20/2018 | 1/19/2020 | $25.00 | | | $25.50 | $25.50 | $26.01 | |
| Lindert | 9/4/2018 | 9/4/2018 | 3/29/2020 | $24.25 | | | $24.74 | $24.74 | $25.24 | $28.25 |
| Eberle | 4/15/2019 | 4/15/2019 | 12/8/2019 | $25.00 | | | | $26.60 | $27.14 | $27.69 |
| Uminski | 8/19/2019 | 8/19/2019 | | $25.25 | | | | $25.25 | $25.76 | $26.28 |

# Broadbanding necessary: market growth stagnant from 2009-2017 (Rolston Trial Testimony); allowed state to recruit talent and increase salaries of existing employees

**The only way Angela Lochner could have received a higher salary than the employees hired post-broadbanding would be to have**

- never implemented broadbanding, or
- never tried to use higher starting wages to remedy DATCP's recruitment and retention problems

**Broadbanding allowed DATCP to raise salaries of existing employees**

- Internal inequity gets priority for resolution in the comp plan
- And DATCP raised the salaries faster than it would have been able to without broadbanding











# Lochner v. DATCP



No. 19-CV-878-WMC